IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.I. Credit Corp. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4671 |
| | : | |
| AIS Insurance Group, Inc., et al | : | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Tuesday, December 17, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: September 9, 2002

Copies:   Carol James, Courtroom Deputy to Judge Mary A. McLaughlin
          Docket Clerk - Case File

          Counsel:   Clifford Schwartz, Esq.
                     Hugh J. Bracken, Esq.
                     S. Daniel Hutchinson, Esq.

ARB2.FRM