IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


A.I.CREDIT CORP.

                                 :               CIVIL ACTION

                                 :

        vs.                      :

                                 :               NO. 02-4671

AIS INSURANCE GROUP, INC.

ORDER


      **AND NOW, TO WIT:** This 17TH day of December, 2002,
it having been reported that the issues between the parties in the above action has been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.



                                  **MICHAEL E. KUNZ**, Clerk of Court


                                **BY:**_____

                                      Carol D. James,
                                      Deputy Clerk

mailed from chambers 12/17/02
C. Schwartz, Esq.
H. Bracken, Esq.
S. D. Hutchinson, Esq.


Civ 2 (7/95)
41(b).frm